STATE OF NEW JERSEY v. JAMES AURIEMMA.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM REED.

May 30, 1989.

Petition for certification denied.

CHARLES A. VICKEY v. HARRY NESSLER, ET AL.

May 30, 1989.

Petition for certification denied. (See 230 *N.J.Super.* 141)

RAJESHWAR SINGH YADAV v. TOWNSHIP COMMITTEE OF THE TOWNSHIP OF WEST WINDSOR, ET AL.

May 30, 1989.

Petition for certification denied.

LINDA LANE v. OHIO CASUALTY GROUP, ET AL.

May 30, 1989.

Petition for certification denied.